**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 8, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00468-CV

## FUAD COCHINWALA, Appellant

## V.

## MUHAMMAD SALIM, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2018-68927**

## MEMORANDUM OPINION

This is an appeal from a judgment signed March 25, 2022. On August 30, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer